In the Matter of the Application of the NEW YORK INDEPENDENT TELEPHONE COMPANY, Appellant, for a Peremptory Writ of Mandamus against JOHN H. O'BRIEN, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*Matter of N. Y. Independent Telephone Co.*, 133 App. Div. 635, affirmed.
(Argued November 21, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July

13, 1909, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to issue to the relator a permit to run a cable through a certain subway.

*Elihu Root, William H. Page, G. H. Crawford* and *Joseph W. Taylor* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent.

Order affirmed, with costs, on opinion of CLARK, J., below. Concur: HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: CULLEN, Ch. J., and GRAY, J.